IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TIMOTHY STROZIER,**

   *Plaintiff*,

v.                                        **Case No.: 1:21cv155-MW/GRJ**

**WALMART, INC., and
APEX MEDICAL CORP.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 52. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 52, is **accepted and adopted** as this Court's opinion. Defendant Walmart, Inc.'s motion to dismiss, ECF No. 22, is **DENIED**. This matter is referred to the Magistrate Judge for further consideration.

**SO ORDERED on September 21, 2022.**

                                             s/Mark E. Walker             
                                             **Chief United States District Judge**