IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TIMOTHY STROZIER,

   *Plaintiff*,

v.                                            Case No.: 1:21cv155-MW/GRJ

WALMART, INC., and
APEX MEDICAL CORP.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 53. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 53, is **accepted and adopted** as this Court's opinion. Defendant Apex's motion to dismiss, ECF No. 37, is **GRANTED**. Plaintiff's claims against Apex are **DISMISSED** with leave to file an amended complaint to cure the defects relating to personal jurisdiction if Plaintiff is able to allege that Apex's activities in Florida are related to his underlying tort claim and that Apex purposefully availed itself of the privileges of selling its products in Florida. If Plaintiff seeks to amend, he may file an amended complaint on or before

Friday, October 7, 2022. This matter is referred to the Magistrate Judge for further consideration.

    **SO ORDERED on September 22, 2022.**

    <u>s/Mark E. Walker</u>
    **Chief United States District Judge**